IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CALVIN BANKS,

        Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0600

Opinion filed October 20, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Calvin Banks, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

WOLF, WETHERELL, and MARSTILLER, JJ., CONCUR.